# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

BILL D. WADE                                                                      PLAINTIFF

v.                                    CASE NO. 3:19-CV-00133 BSM

DOES                                                                            DEFENDANTS

## ORDER

Bill D. Wade, proceeding *pro se*, is directed to either pay the $400 filing fee or file a complete application to proceed *in forma pauperis* within thirty days of the date of this order. *See* 28 U.S.C. § 1915. Wade also has thirty days in which to amend his complaint [Doc. No. 1] to provide sufficient information to permit an adequate screening. *See* 28 U.S.C. § 1915. He must clearly name all the defendants he is suing and detail how each defendant violated his constitutional rights, how he was personally harmed by each alleged constitutional violation, and why he seeks relief against the defendants in their individual or official capacities.

Wade is notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Wade should be aware that the rule further provides that the failure to respond to any communication from the court within thirty days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the local rules

of this court. A copy of the local rules may be obtained from the district clerk for the Eastern District of Arkansas.

The clerk is directed to forward Wade an *in forma pauperis* application packet, including certificate and calculation sheet, and a blank 42 U.S.C. section 1983 complaint form along with a copy of this order.

IT IS SO ORDERED this 8th day of May 2019.

UNITED STATES DISTRICT JUDGE