IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILL D. WADE                                                                                              PLAINTIFF

v.                                            CASE NO. 3:19-CV-00133 BSM

DOES                                                                                                    DEFENDANTS

## ORDER

This lawsuit is dismissed without prejudice for failure to prosecute, *see* Local Rule 5.5(c)(2), because Bill D. Wade has failed to amend his complaint and to pay the filing fee or complete an application to proceed *in forma pauperis* as directed. See Doc. No. 4.

IT IS SO ORDERED this 6th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE