IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILL D. WADE                                                                                          PLAINTIFF

v.                                     CASE NO. 3:19-CV-00133 BSM

DOES                                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE